FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re: Peach State Labs, Inc.   v. _____

No. 14-1325

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Peach State Labs, Inc.
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | D. Clay Holloway |
| Law firm: | Kilpatrick Townsend & Stockton LLP |
| Address: | 1100 Peachtree Street, Ste. 2800 |
| City, State and ZIP: | Atlanta, Georgia  30309 |
| Telephone: | 404-815-6500 |
| Fax #: | 404-815-6555 |
| E-mail address: | dholloway@kilpatricktownsend.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/2/2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 3/14/2014 | /s/D. Clay Holloway |
| Date | Signature of pro se or counsel |

cc: Jacqueline E. Hartt, Ph.D.; Nathan K. Kelley