# 14-1325

_____

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

### IN RE: PEACH STATE LABS, INC.

Appeal from the United States Patent Trial and Appeal Board
Appeal No. 2013-008300
*Ex Parte* Reexamination No. 90/011,628

**APPELLANT'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE OPENING BRIEF AND SUPPORTING DECLARATION OF COUNSEL**

> Mitchell G. Stockwell
> D. Clay Holloway
> Jennifer L. Blackburn, Ph.D.
> Kilpatrick Townsend & Stockton LLP
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia  30309
> (404) 815-6500
> mstockwell@kilpatricktownsend.com
> cholloway@kilpatricktownsend.com
> jblackburn@kilpatricktownsend.com

May 9, 2014                              *Attorneys for Appellant*

## **CERTIFICATE OF INTEREST**

Counsel for Peach State Labs, Inc. certifies the following:

1. The full name of every party represented by us is:

    Peach State Labs, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

    Peach State Labs, Inc.

3. All parent corporations and any publicly held companies that own more 10 percent or more of the stock of the party represented by us are:

    None.

4. The names of all law firms and the partners or associates that appear for the party now represented by me in the trial court or agency or are expected to appear in this court are:

    Mitchell G. Stockwell, Wendy A. Choi, D. Clay Holloway, Jennifer L. Blackburn Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street, Ste. 2800 Atlanta, Georgia  30309

Dated:  May 9, 2014                             /s/Jennifer L. Blackburn
                                                Jennifer L. Blackburn

Pursuant to Federal Circuit Rule 26(b), Appellant Peach State Labs, Inc. hereby moves this Court for a second extension of time to file its Opening Brief. Peach State has conferred with counsel for Appellee, and Appellee does not oppose the extension. Peach State seeks this extension for good cause, including lead counsel's, heavy docket including a district court hearing on May 14 and preparation for several days of depositions scheduled for the week of May 19.

In accordance with Federal Circuit Rule 26(b), Peach State further states:

1.  Peach State seeks to extend the due date for its Opening Brief, currently set at May 19, 2014.

2.  Peach State seeks to extend the deadline until June 2, 2014.

3.  Peach State is seeking a fourteen (14) day extension.

4.  Peach State previously requested and was granted an extension of time to file its opening brief. Peach State's previous extension, granted by this Court's Order of April 28, 2014, was for fourteen (14) days.

For these reasons, Appellant respectfully requests that the Court extend the deadline for Appellant to file its Opening Brief by fourteen (14) days to and including June 2, 2014.

## **DECLARATION OF MITCHELL G. STOCKWELL**

1.  I, Mitchell G. Stockwell, am a partner with the firm of Kilpatrick Townsend & Stockton LLP, and counsel of record for Peach State Labs, Inc. I make this declaration in support of Peach State's Unopposed Motion for Second Extension of Time to File Opening Brief.

2.  There is good cause to support Peach State's motion for extension of time. The current due date for Peach State's Opening Brief is May 19, 2014. Peach State seeks a fourteen (14) day extension to Monday, June 2, 2014.

3.  Counsel of record in the appeal has a heavy docket with several commitments prior to and immediately following the current deadline, which will make meeting the current deadline difficult.

4.  Specifically, counsel has a hearing before the U.S. District Court for the Middle District of North Carolina, Case No. 1:09-CV-135 on May 14. Counsel only recently assumed responsibility for the hearing on behalf of a joint defense group. Counsel also has several days of depositions scheduled in Chicago the week of May 19 for two other district court cases, which will require significant preparation prior to the 19th.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

May 9, 2014

_____
Mitchell G. Stockwell

## STATEMENT OF CONSENT

Pursuant to Federal Circuit Rules 26(b)(3) and 27(a)(5), counsel for Peach State certifies that on May 8, 2014, counsel for Appellee stated via phone that they do not oppose this motion.

Dated:  May 9, 2014

Respectfully submitted,

/s/Jennifer L. Blackburn
Mitchell G. Stockwell
D. Clay Holloway
Jennifer L. Blackburn, Ph.D.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
(404) 815-6500
mstockwell@kilpatricktownsend.com
cholloway@kilpatricktownsend.com
jblackburn@kilpatricktownsend.com

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served a copy on counsel of record, this 9th day of May, 2014, by the CM/ECF system and electronic mail.

/s/Jennifer L. Blackburn
Mitchell G. Stockwell
D. Clay Holloway
Jennifer L. Blackburn, Ph.D.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
mstockwell@kilpatricktownsend.com
cholloway@kilpatricktownsend.com
jblackburn@kilpatricktownsend.com