NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE:  PEACH STATE LABS, INC.,**
*Appellant*

———————————

2014-1325

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/011,628.

———————————

**ON MOTION**

———————————

Before MOORE, TARANTO, and CHEN, *Circuit Judges.*

PER CURIAM.

# O R D E R

Appellant Peach State Labs, Inc. moves unopposed for an extension of time, until March 23, 2015, within which to file a petition for rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                IN RE: PEACH STATE LABS, INC.


     The motion is denied as moot. Pursuant to Fed. R. App. P. 35(c) and Fed. R. App. P. 40(a)(1), the current deadline for any such filing is March 23, 2015.


                                    FOR THE COURT

 March 6, 2015                  /s/ Daniel E. O'Toole
     Date                    Daniel E. O'Toole
                                  Clerk of Court