14-1325

_____

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

IN RE: PEACH STATE LABS, INC.

Appeal from the United States Patent Trial and Appeal Board
Appeal No. 2013-008300
*Ex Parte* Reexamination No. 90/011,628

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING *EN BANC***

    Mitchell G. Stockwell
    D. Clay Holloway
    Jennifer L. Blackburn, Ph.D.
    Kilpatrick Townsend & Stockton LLP
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia 30309
    (404) 815-6500
    mstockwell@kilpatricktownsend.com
    cholloway@kilpatricktownsend.com
    jblackburn@kilpatricktownsend.com

March 16, 2015        *Attorneys for Appellant*

# **CERTIFICATE OF INTEREST**

Counsel for Peach State Labs, Inc. certifies the following:

1. The full name of every party represented by us is:

   Peach State Labs, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

   Peach State Labs, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by us are:

   None.

4. The names of all law firms and the partners or associates that appear for the party now represented by me in the trial court or agency or are expected to appear in this court are:

   Mitchell G. Stockwell, Wendy A. Choi, D. Clay Holloway, Jennifer L. Blackburn Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street, Ste. 2800 Atlanta, Georgia 30309

Dated: March 16, 2015　　　　　　　　　　　　/s/Jennifer L. Blackburn
　　　　　　　　　　　　　　　　　　　　　　Jennifer L. Blackburn

Pursuant to Federal Circuit Rule 26(b), Appellant Peach State Labs, Inc. hereby moves this Court for an extension of time to file a Petition for Rehearing *En Banc*. Peach State has conferred with counsel for Appellee, and Appellee does not oppose the extension. Peach State seeks this extension for good cause, including counsels' heavy dockets and travel schedule. Ms. Blackburn's docket includes but is not limited to primary responsibility for preliminary injunction briefing due March 26. Mr. Stockwell's docket includes but is not limited to trial requiring out of town travel part of the week of March 16 and March 23-31.

In accordance with Federal Circuit Rule 26(b), Peach State further states:

1. Peach State seeks to extend the due date for its Petition for Rehearing *En Banc* set at March 23, 2015.

2. Peach State seeks to extend the deadline until April 6, 2015.

3. Peach State is seeking a fourteen (14) day extension.

4. Peach State previously requested a 14 day extension of time to file its Petition for Rehearing *En Banc*; however, the request was based on a miscalculated deadline and was denied as moot, the requested deadline being the same as the actual deadline. Accordingly, this is Peach State's first request for an extension of time from the actual deadline.

For these reasons, Appellant respectfully requests that the Court extend the deadline for Appellant to file its Petition for Rehearing *En Banc* by fourteen (14) days to and including April 6, 2015.

**STATEMENT OF CONSENT**

Pursuant to Federal Circuit Rules 26(b)(3) and 27(a)(5), counsel for Peach State certifies that on March 16, 2015, counsel for Appellee stated via email that they do not oppose this motion.

Dated: March 16, 2015

Respectfully submitted,

/s/Jennifer L. Blackburn
Mitchell G. Stockwell
D. Clay Holloway
Jennifer L. Blackburn, Ph.D.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
(404) 815-6500
mstockwell@kilpatricktownsend.com
cholloway@kilpatricktownsend.com
jblackburn@kilpatricktownsend.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served a copy on counsel of record, this 16th day of March, by the CM/ECF system and electronic mail.

/s/Jennifer L. Blackburn
Mitchell G. Stockwell
D. Clay Holloway
Jennifer L. Blackburn, Ph.D.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
(404) 815-6500
mstockwell@kilpatricktownsend.com
cholloway@kilpatricktownsend.com
jblackburn@kilpatricktownsend.com